No. 17-1072

# United States Court of Appeals for the Federal Circuit

CF CRESPE LLC,

                                                              Appellant,

v.

SILICON LABORATORIES INC.,

                                                              Appellee.

Appeal from the Patent Trial and Appeal Board
in *Inter Partes* Review No. IPR2015-00615

## NOTICE OF CORRECTION TO BRIEFS

Pursuant to the Practice Note accompanying Federal Circuit Rule 32, Appellant, CF CRESPE, LLC, notifies the Court that errors are being corrected in Appellant's Opening Brief and Reply Brief and Appellee's Opening Brief. The citations in the Parties briefs have been corrected in order to comply with the Court's Order regarding the numbering of the pages of the Corrected Joint Appendix. (ECF No. 32 at 2).

The specific changes to Appellant's Opening Brief are:

| Location | Original Text | Corrected Text |
|---|---|---|
| Page 1, second paragraph. | Appx2962-3011 | Appx1-50 |
| Page 4, first paragraph. | Appx101-102 | Appx156-157 |
| Page 4, fifth paragraph | Appx73 | Appx128 |
| Page 5, third paragraph | Appx68 | Appx123 |
| Page 5, second to last line | Appx73 | Appx128 |
| Page 6, second to last line | Appx73 | Appx128 |
| Page 7, first line | Appx69 | Appx124 |
| Page 7, third line | Appx74 | Appx129 |
| Page 9, second to last paragraph | Appx75-76 | Appx130-131 |
| Page 9, sixth to last line | Appx76 | Appx131 |
| Page 10, third paragraph | Appx76 | Appx131 |
| Page 11 | Appx76 | Appx131 |
| Page 13, second paragraph | Appx2988 | Appx26 |
| Page 13, second paragraph, last line | Appx2988 | Appx26 |
| Page 13, last paragraph, second line | Appx132 | Appx187 |
| Page 13, last paragraph | Appx134, FIG. 1; Appx132, col. 1 l. 56 – col. 2 l. 1, col 2 ll. 30-33. | Appx189, FIG. 1; Appx187, col. 1 l. 56 – col. 2 l. 1, col 2 ll. 30-33. |
| Page 14 | Appx132, col. 2 ll. 34-39; Appx133, col. 3 ll. 16-19. | Appx187, col. 2 ll. 34-39; Appx188, col. 3 ll. 16-19. |
| Page 14 | *See* Appx132, col 2 ll. 37-44; Appx133, col. 3 ll. 19-25. | *See* Appx187, col 2 ll. 37-44; Appx188, col. 3 ll. 19-25. |
| Page 14, second | Appx138 | Appx193 |

| Location | Original Text | Corrected Text |
|---|---|---|
| paragraph | | |
| Page 15, first paragraph | Appx2982-2983; Appx2988. | Appx21-22, Appx27. |
| Page 16 | Appx2987 | Appx26 |
| Page 16, last paragraph, third line | Appx2985-2986 | Appx24-25 |
| Page 16, last line | Appx2986 | Appx25 |
| Page 21, last paragraph | Appx76 | Appx131 |
| Page 22, second paragraph, second line | Appx48-49 | Appx103-104 |
| Page 22, second paragraph, last line | Appx76 | Appx131 |
| Page 22, last paragraph, last line | Appx76 | Appx131 |
| Page 23, last paragraph | Appx48 | Appx103 |
| Page 24, second line | Appx49-50 | Appx104-105 |
| Page 24, seventh line | Appx2990 | Appx29 |
| Page 24, eighth line | Appx48-50 | Appx103-105 |
| Page 25, first paragraph | Appx2990-2991 | Appx29-30 |
| Page 26, first line | Appx76 | Appx131 |
| Page 27, second paragraph, fourth from last line | Appx50 | Appx105 |
| Page 27, second paragraph, third from last line | Appx51 | Appx106 |
| Page 28, second paragraph, sixth line | Appx75-76 | Appx130-131 |
| Page 28, second paragraph, eighth line | Appx44-45 | Appx99-100 |

| Location | Original Text | Corrected Text |
|---|---|---|
| Page 30, Second paragraph, third line | Appx54 | Appx109 |
| Page 30, second paragraph, fifth line | Appx47 | Appx102 |
| Page 33, first paragraph | Appx76 | Appx131 |
| Page 33, last line | Appx76 | Appx131 |
| Page 34, first paragraph, third line | Appx76 | Appx131 |
| Page 34, second paragraph, second line | Appx3004 | Appx43 |
| Page 35, third paragraph | Appx76 | Appx131 |
| Page 36, first paragraph, second line | Appx76 | Appx131 |
| Page 36, first paragraph, last line | Appx76 | Appx131 |
| Page 36, third paragraph, third line | Appx75 | Appx130 |
| Page 37, first paragraph, ninth line | Appx75 | Appx130 |
| Page 37, first paragraph, fourth from last line | Appx75 | Appx130 |
| Page 37, second to last line | Appx76 | Appx131 |

In addition, the text "Corrected" is appended to the title of the brief. This change is also reflected in the Certificate of Service and Certificate of Compliance with Fed. R. Civ. P. 32(e)(7)(B). The date has been changed from "February 13, 2017" to "May 30, 2017." The Certificate of Service has been updated to include counsel for Appellee's current address and telephone number.

The specific changes to Appellee's Opening Brief are:

| Location | Original Text | Corrected Text |
|---|---|---|
| Page vi | Appx138-144 | Appx193-199 |
| Page vi | Appx67-76 | Appx122-131 |
| Page vi | Appx131-133 | Appx186-188 |
| Page 4, last line | Appx8 | Appx63 |
| Page 5, third line | Appx13-14 | Appx68-69 |
| Page 5, fifth line | Appx15-16 | Appx70-71 |
| Page 6, first paragraph | Appx73 | Appx128 |
| Page 6, last paragraph | Appx68 | Appx123 |
| Page 7, first paragraph | Appx74 at 3:44-4:4; Appx69, Fig. 2. | Appx129 at 3:44-4:4; Appx123, Fig. 2. |
| Page 7, last paragraph, fourth line | Appx74 | Appx129 |
| Page 7, last paragraph, last line | Appx75 | Appx130 |
| Page 9, first paragraph, seventh line | Appx138 | Appx193 |
| Page 9, first paragraph, last line | Appx144 | Appx199 |
| Page 9, second paragraph | Appx143 | Appx198 |
| Page 10, first paragraph | Appx144 | Appx199 |
| Page 10, second paragraph, fifth line | Appx142 | Appx197 |
| Page 11, first paragraph | Appx142 | Appx197 |
| Page 11, second paragraph | Appx144 | Appx199 |
| Page 11, last line | Appx131-136 | Appx186-191 |
| Page 12, first paragraph | Appx134 | Appx189 |

| Location | Original Text | Corrected Text |
| --- | --- | --- |
| Page 13, second to last line | Appx142 | Appx197 |
| Page 17, first paragraph | Appx75 | Appx130 |
| Page 18, first paragraph | Appx3010 | Appx49 |
| Page 19, last paragraph | Appx75 | Appx130 |
| Page 21, first paragraph | Appx75 | Appx130 |
| Page 22, first paragraph | Appx3010 | Appx49 |
| Page 22, second paragraph, second line | Appx2988-2999 | Appx27-28 |
| Page 22, fifth from last line | Appx2983; Appx75 at 5:2-3. | Appx22; Appx130 at 5:2-3. |
| Page 23, second paragraph | Appx75-76 | Appx130-131 |
| Page 23, last paragraph, third line | Appx74 | Appx129 |
| Page 23, last paragraph, last line | Appx75 | Appx130 |
| Page 24, second line | Appx2983 | Appx22 |
| Page 24, second paragraph | Appx76 | Appx131 |
| Page 24, second paragraph, fourth from last line | Appx74-75 | Appx129-130 |
| Page 25, third line | Appx76 | Appx131 |
| Page 25, first paragraph, last line | Appx75 | Appx130 |
| Page 25, second paragraph | Appx2989 | Appx28 |
| Page 26, first line | Appx2989 | Appx28 |
| Page 28, second line | Appx2989 | Appx28 |

| Location | Original Text | Corrected Text |
|---|---|---|
| Page 28, second to last line | Appx47-48 | Appx102-103 |
| Page 29, second line | Appx2993 | Appx32 |
| Page 29, fourth line | Appx51 | Appx106 |
| Page 29, eighth line | Appx52 | Appx107 |
| Page 29, first paragraph, second to last line | Appx2991-2002 | Appx30-31 |
| Page 29, second paragraph | Appx142 | Appx197 |
| Page 30, first line | Appx48-50 | Appx103-105 |
| Page 30, second line | Appx2992 | Appx31 |
| Page 30, second paragraph | Appx48-52 | Appx103-107 |
| Page 30, second to last line | Appx2983 | Appx22 |
| Page 31, second paragraph | Appx75 | Appx130 |
| Page 31, second paragraph, fourth to last line | Appx76 | Appx131 |
| Page 32, second paragraph | Appx102 | Appx1026 |
| Page 34, second line | Appx102 | Appx1026 |
| Page 34, fifth from last line | Appx0144 | Appx199 |
| Page 35, second paragraph | Appx76 | Appx131 |
| Page 36, first paragraph | Appx75 | Appx130 |
| Page 37, first paragraph | Appx3002 | Appx41 |
| Page 38, first paragraph | Appx3002 | Appx41 |

| Location | Original Text | Corrected Text |
| --- | --- | --- |
| Page 39, first paragraph | Appx3002 | Appx41 |
| Page 40, second paragraph | Appx76 | Appx131 |
| Page 40, second paragraph, second from last line | Appx75 | Appx130 |
| Page 41, third paragraph | Appx75 | Appx130 |

In addition, the text "Corrected" is appended to the title of the brief. This change is also reflected in the Certificate of Filing and Service and Certificate of Compliance with Fed. R. Civ. P. 32(e)(7)(B). The date has been changed from "March 24, 2017" to "May 30, 2017."

The specific changes to Appellant's Reply Brief are:

| Location | Original Text | Corrected Text |
| --- | --- | --- |
| Page 3, second to last line. | Appx75 | Appx130 |
| Page 4, first paragraph | Appx74-75 | Appx129-130 |
| Page 4, first paragraph | Appx74 | Appx129 |
| Page 6, second paragraph | Appx2989 | Appx28 |
| Page 7, first paragraph | Appx2990 | Appx29 |
| Page 8, second paragraph | Appx76 | Appx131 |
| Page 8, third to last line | Appx2983 | Appx22 |
| Page 8, second to last line | Appx2983 | Appx22 |
| Page 9, fourth line | Appx75 | Appx130 |

| Location | Original Text | Corrected Text |
|---|---|---|
| Page 9, fifth line | Appx75 | Appx130 |
| Page 9, ninth line | Appx75 | Appx130 |
| Page 10, first paragraph | Appx2999 | Appx38 |
| Page 13, second paragraph | Appx3004 | Appx43 |
| Page 14, second paragraph | Appx76 | Appx131 |
| Page 14, last paragraph | Appx76 | Appx131 |
| Page 15, second to last paragraph | Appx75 | Appx130 |
| Page 16, first paragraph | Appx75 | Appx130 |

In addition, the text "Corrected" is appended to the title of the brief. This change is also reflected in the Certificate of Service and Certificate of Compliance with Fed. R. Civ. P. 32(e)(7)(B). The date has been changed from "April 7, 2017" to "May 30, 2017." The Certificate of Service has been updated to include counsel for Appellee's current address and telephone number.

A corrected version of CF CRESPE, LLC's principal brief, Silicon Laboratories Inc.'s principal brief, and CF CRESPE, LLC's reply brief (with these corrections and with the designation "Corrected" on the cover) will be filed electronically. No other changes to the briefs have been made.

Counsel for Appellee, Silicon Laboratories Inc. has been notified of the

changes and has indicated that Silicon Laboratories Inc. does not object to them.

Dated: May 30, 2017                    Respectfully submitted,

By: <u>*/s/ Craig R. Smith*</u>
Craig R. Smith (*Lead Counsel*)
Eric P. Carnevale
**LANDO & ANASTASI, LLP**
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
Email:  csmith@lalaw.com
　　　　ecarnevale@lalaw.com

*Attorneys for Appellant*
*CF CRESPE LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, I caused the foregoing ***NOTICE OF CORRECTION TO BRIEFS*** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

>Peter J. Ayers
>**LAW OFFICE OF PETER J. AYERS, PLLC**
>220 Bowman Avenue
>Austin, TX 78703
>Tel: 512.771.3070
>Email: peter@ayersiplaw.com

Dated: May 30, 2017               Respectfully submitted,

By: */s/ Craig R. Smith*
Craig R. Smith (*Lead Counsel*)
**LANDO & ANASTASI, LLP**
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
Email: csmith@lalaw.com